UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                                                      Case No. 2:11-cr-20551
                                                                        Hon. Robert H. Cleland

Krina Patel (25),

    Defendant.
_____/

## ORDER GRANTING SUBSTITUTION OF ATTORNEYS

Upon the reading and filing of the attached Substitution of Attorneys filed in this case;

It is hereby ordered that Hertz Schram PC by Walter J. Piszczatowski and Michael J. Rex are substituted in as retained counsel in the place of James W. Burdick, as attorneys for Defendant Krina Patel in the above-entitled matter.

                                                   S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT
                                               JUDGE

Dated:  October 3, 2013

{H0071026.1}

{H0071026.1}

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 3, 2013, by electronic and/or ordinary mail.

      S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522